# United States Court of Appeals

### For the Eighth Circuit

_____

No. 18-2644

_____

Nadin Khoury

*Petitioner*

v.

William P. Barr, Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: July 1, 2019
Filed: July 3, 2019
[Unpublished]

_____

Before KELLY, BOWMAN, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Nadin Khoury, a citizen of Liberia, petitions for review of an order of the Board of Immigration Appeals (BIA) denying his motion to reopen his removal proceedings. After careful consideration of the petition, we find no basis for reversal.

The petition is denied.  <u>See</u> 8th Cir. R. 47B.

_____